Clear Form

**FILED**

MAR 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pamela Jackson, et al.

                Plaintiff,

vs.

Wilson Sonsini Goodrich & Rosati LLP Long Term Disability Plan, et al.

                Defendant.

CASE NO. _____1607_____

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

EDL

I, Pamela Jackson _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?      Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | I am disabled and have not worked since December 1997.
3 |
4 |

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7    a.   Business, Profession or                  Yes ___  No ✓
8         self employment?
9    b.   Income from stocks, bonds,               Yes ___  No ✓
10        or royalties?
11   c.   Rent payments?                           Yes ___  No ✓
12   d.   Pensions, annuities, or                  Yes ___  No ✓
13        life insurance payments?
14   e.   Federal or State welfare payments,       Yes ✓   No ___
15        Social Security or other govern-
16        ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 Social Security disability benefits of $1,278.60 per month
20

21 3.   Are you married?                           Yes ___  No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.   a.   List amount you contribute to your spouse's support:$ _____
27      b.   List the persons other than your spouse who are dependent upon you for support
28           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home?   Yes ___ No _✓_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?   Yes _✓_ No ___

Make Toyota   Year 1991   Model Celica

Is it financed? Yes ___ No ___ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes _✓_ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Bank of America; Laurel Street; San Carlos CA 94070

_____

Present balance(s): $ ~$1000 (rent and monthly bills have not yet cleared)

Do you own any cash? Yes ___ No _✓_ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___ No _✓_

_____

8. What are your monthly expenses?

Rent: $ 625   Utilities: $100 (also: insurance $85)

Food: $ 75   Clothing: $25 (also: prescriptions $75)

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| Macys | $ 12 | $ 300 |
| J.C. Penney's | $ 26 | $ 520 |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

Dr. Ribera: $25; Women's Health Clinic: $40; Dr. Dey: $150; unknown attorney fees in connection with

1 | bankruptcy and related proceedings; Dr. Jacoby: $35

2 | 10.    Does the complaint which you are seeking to file raise claims that have been presented in
3 | other lawsuits?   Yes ____   No ✓
4 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5 | which they were filed.
6 | _____
7 | _____
8 | I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9 | false statement herein may result in the dismissal of my claims.

11 | March 1, 2008                    Pamela X. Jackson
12 |     DATE                          SIGNATURE OF APPLICANT