```
1  Richard Johnston - SBN 124524
   131-A Stony Circle, Suite 500
2  Santa Rosa, California 95401
   Telephone (707) 577-7422
3  Facsimile (707) 837-9532

4
   Attorney for Plaintiffs
5  Pamela Jackson and
   E. Lynn Schoenmann
6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JACKSON, and<br>E. LYNN SCHOENMANN, in her capacity as<br>trustee of the bankruptcy estate of Pamela<br>Jackson,<br><br>        Plaintiffs,<br><br>vs.<br><br>WILSON, SONSINI, GOODRICH & ROSATI<br>LONG TERM DISABILITY PLAN, PRUDENTIAL<br>INSURANCE COMPANY OF AMERICA,<br><br>        Defendants.<br>_____ | Case No. C 08-1607 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am employed in the City of Santa Rosa, County of Sonoma. I am over the age of 18 years, and am not a party to the within action. My business address is 131A Stony Circle, Suite 500, Santa Rosa, California 95401.

On April 18, 2 008, I mailed at Santa Rosa, California:

**1.** Notice of Lawsuit and Request for Waiver of Service of Summons (Wilson Sonsini Goodrich & Rosati LTD Plan)

**2.** Notice of Lawsuit and Request for Waiver of Service of Summons (Prudential Insurance Company of America)

**3.** Waiver of Service of Summons (Wilson Sonsini Goodrich & Rosati LTD Plan)

**4.** Waiver of Service of Summons (Prudential Insurance Company of America)

**5.** Complaint

_____
CERTIFICATE OF SERVICE

1      **6.**     Order Setting Initial Case Management Conference and ADR Deadlines

2      **7.**     Standing Order - Magistrate Judge Elizabeth D. Laporte

3      **8.**     Standing Order re Case mnagament Conference

4      **9.**     Standing Order for all Judges of the Northern District of California

5      **9.**     "Welcome to the U.S. District Court, San Francisco"

6      **10.**    U.S. District Court Northern California ECF Registration Information Handout

in a sealed envelope with postage fully prepaid and addressed to:

Donald P. Sullivan, Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, California 94105-1126
*Litigation Counsel for Defendants*
*Wilson, Sonsini, Goodrich & Rosati Long Term Disability Plan Long Term Disability Plan*
*and*
*Prudential Insurance Company of America*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed April 18, 2008, at Santa Rosa, California.

                                                           /S/
                                           Richard Johnston