UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA JACKSON, et al.,

        Plaintiff(s),
        (Petitioner)

V.

WILSON, SONSINI, GOODRICH & ROSATI
LONG TERM DISABILITY PLAN, et al.,

        Defendant(s),
        (Respondent)

Case No. CV-08-1607-EDL

*ORDER RE APPLICATION
TO PROCEED
IN FORMA PAUPERIS*

(X)   **IT IS ORDERED** that the application to proceed in forma pauperis is *GRANTED* and that the Clerk issue summons.
**IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

( )   **IT IS ORDERED** that the application to proceed in forma pauperis is *DENIED*, and that the filing fee of $350.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

( )   **IT IS ORDERED** that the application to proceed in forma pauperis is *DENIED* and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ _____ by _____. Failure to pay this amount will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

Dated: _____

_____
UNITED STATES *MAGISTRATE* JUDGE

(Not to be used in HABEAS CORPUS cases)

NDC CSA-7