MORGAN, LEWIS & BOCKIUS LLP
DONALD P. SULLIVAN, State Bar No. 191080
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
WILSON, SONSINI, GOODRICH & ROSATI
LONG TERM DISABILITY PLAN and THE
PRUDENTIAL INSURANCE COMPANY OF
AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JACKSON, and E. LYNN SCHOENMANN, in her capacity as trustee of the bankruptcy estate of Pamela Jackson,<br><br>Plaintiff,<br><br>vs.<br><br>WILSON, SONSINI, GOODRICH & ROSATI LONG TERM DISABILITY PLAN and PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Case No. CV 08 1607<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>AND<br><br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned parties hereby respectfully decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: June 17, 2008                     Morgan, Lewis & Bockius LLP


                                         By:   /S/ Donald P. Sullivan
                                             Donald P. Sullivan
                                             Attorneys for Defendants
                                             WILSON, SONSINI, GOODRICH &
                                             ROSATI LONG TERM DISABILITY
                                             PLAN and PRUDENTIAL INSURANCE
                                             COMPANY OF AMERICA