MORGAN, LEWIS & BOCKIUS LLP
DONALD P. SULLIVAN, State Bar No. 191080
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
dpsullivan@morganlewis.com

Attorneys for Defendants
WILSON, SONSINI, GOODRICH & ROSATI
LONG TERM DISABILITY PLAN and THE
PRUDENTIAL INSURANCE COMPANY OF
AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JACKSON, and E. LYNN SCHOENMANN, in her capacity as trustee of the bankruptcy estate of Pamela Jackson,<br><br>Plaintiff,<br><br>vs.<br><br>WILSON, SONSINI, GOODRICH & ROSATI LONG TERM DISABILITY PLAN and PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | Case No. CV 08 01607 JSW<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Defendants the Prudential Insurance Company of America and Wilson, Sonsini, Goodrich & Rosati Long Term Disability Plan ("Defendants") hereby substitute retained counsel Tad Devlin of Gordon & Rees, 275 Battery Street, Suite 2000, San Francisco, California, 94111, as attorney of record in the place and stead of Donald P. Sullivan of Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California, 94105.

///
///
///
///
///
///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1                                    Case No. CV 08-01607 JSW
NOTICE OF SUBSTITUTION OF COUNSEL

Please direct all notices and other communications to Defendants pertaining to this case to Gordon & Rees at the above-identified address.

Dated: August 19, 2008

_____
The Prudential Insurance Company of America  Director of Litigation

Wilson Sonsini Goodrich + Rosati, PC Plan Sponsor
By Daniel Shely, General Counsel

Dated: August 15, 2008

_____
Wilson, Sonsini, Goodrich & Rosati Long Term Disability Plan

Dated: July 8, 2008

_____
Donald P. Sullivan
MORGAN, LEWIS & BOCKIUS LLP

Dated: August 19th, 2008

_____
Tad Devlin
GORDON & REES

## [PROPOSED] ORDER

The substitution of counsel in above-titled case is hereby approved.

IT IS SO ORDERED.

Dated:_____

_____
The Hon. Jeffery S. White
United States District Judge

DB1/61955368.1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   Case No. CV 08-01607 JSW
NOTICE OF SUBSTITUTION OF COUNSEL