MORGAN, LEWIS & BOCKIUS LLP
DONALD P. SULLIVAN, State Bar No. 191080
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
dpsullivan@morganlewis.com

Attorneys for Defendants
WILSON, SONSINI, GOODRICH & ROSATI
LONG TERM DISABILITY PLAN and THE
PRUDENTIAL INSURANCE COMPANY OF
AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA JACKSON, and E. LYNN SCHOENMANN, in her capacity as trustee of the bankruptcy estate of Pamela Jackson,

Plaintiff,

vs.

WILSON, SONSINI, GOODRICH & ROSATI LONG TERM DISABILITY PLAN and PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendants.

Case No. CV 08 01607 JSW

NOTICE OF SUBSTITUTION OF COUNSEL

AND ORDER THEREON

Defendants the Prudential Insurance Company of America and Wilson, Sonsini, Goodrich & Rosati Long Term Disability Plan ("Defendants") hereby substitute retained counsel Tad Devlin of Gordon & Rees, 275 Battery Street, Suite 2000, San Francisco, California, 94111, as attorney of record in the place and stead of Donald P. Sullivan of Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, California, 94105.

///
///
///
///
///
///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

Case No. CV 08-01607 JSW
NOTICE OF SUBSTITUTION OF COUNSEL

1  Please direct all notices and other communications to Defendants pertaining to this case to
2  Gordon & Rees at the above-identified address.

3

4  Dated: August 19, 2008    _____
5                              The Prudential Insurance Company of
                                America  Director of Litigation
                                Wilson Sonsini Goodrich + Rosati, PC Plan
6                               Sponsor
                                By Daniel Shely, General Counsel
7  Dated: August 15, 2008    _____
                                Wilson, Sonsini, Goodrich & Rosati Long
8                               Term Disability Plan

9

10  Dated: July 8, 2008       _____
                                Donald P. Sullivan
11                              MORGAN, LEWIS & BOCKIUS LLP

12

13  Dated: August 19th, 2008  _____
                                Tad Devlin
14                              GORDON & REES

15

16                          [PROPOSED] ORDER

17   The substitution of counsel in above-titled case is hereby approved.

18  IT IS SO ORDERED.

19

20  Dated: August 20, 2008    _____
21                              The Hon. Jeffrey S. White
                                United States District Judge

22

23  DB1/61955368.1

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    Case No. CV 08-01607 JSW
NOTICE OF SUBSTITUTION OF COUNSEL