**United States District Court**

For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT

7
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9    PAMELA JACKSON and E. LYNN
     SCHOENMANN,
10                                              No. C 08-01607 JSW
              Plaintiffs,
11
       v.
12                                              **ORDER SETTING BRIEFING**
     WILSON, SONSINI, GOODRICH & ROSATI          **SCHEDULE**
13   LONG TERM DISABILITY PLAN,
     PRUDENTIAL INSURANCE COMPANY OF
14   AMERICA,

15            Defendants.
                                          /
16

17          This matter is set for a hearing on January 16, 2009 on plaintiffs Pamela Jackson and E.

18   Lynn Schoemmann's motion to establish *de novo* standard of adjudication.  The Court

19   HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 4,

20   2008 and a reply brief shall be filed by no later than November 12, 2008.

21          If the Court determines that the matter is suitable for resolution without oral argument, it

22   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

23   schedule, they may submit for the Court's consideration a stipulation and proposed order

24   demonstrating good cause for any modification requested.

25          **IT IS SO ORDERED.**

26   Dated:  October 20, 2008                    _____
                                                 JEFFREY S. WHITE
27                                               UNITED STATES DISTRICT JUDGE

28