1  TAD A. DEVLIN (SBN 190355)
   E.J. KIM (SBN 250062)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendants
   WILSON, SONSINI, GOODRICH & ROSATI
6  LONG TERM DISABILITY PLAN and
   THE PRUDENTIAL INSURANCE COMPANY
7  OF AMERICA

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 PAMELA JACKSON, and E. LYNN           ) CASE NO. CV08-01607 (JSW)
   SCHOENMANN, in his capacity as trustee )
12 of the bankruptcy estate of Pamela Jackson, ) **[PROPOSED] ORDER ALLOWING**
                                          ) **TELEPHONIC PARTICIPATION OF**
13                        Plaintiff,      ) **PARTIES' REPRESENTATIVES AT**
       vs.                                ) **MEDIATION**
14                                        )
   WILSON, SONSINI, GOODRICH & ROSATI     )
15 LONG TERM DISABILITY PLAN, and THE     )
   PRUDENTIAL INSURANCE COMPANY           )
16 OF AMERICA,                            )
                                          )
17                        Defendants.     )
                                          )
18

19                         **[PROPOSED] ORDER**

20     The Court, having considered the parties' request for permission for ~~the parties'~~ Ms. Schoenmann, Ms. Stromsheim
   and Ms. Williams
21 ~~representatives~~ to appear by phone at mediation under A.D.R. Local Rule 6-9(d) and good cause

22 shown, hereby grants the parties' request that parties' representatives be excused from personal

23 attendance and granting permission for parties' representatives to participate telephonically at the

24 upcoming mediation on December 17, 2008.

25     IT IS SO ORDERED.

26 Dated: December 8, 2008

                                          Wayne D. Brazil
27                                        Magistrate Judge of the United States District Court
                                          Northern District of California
28