IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAMELA JACKSON and E. LYNN SCHOENMANN,

    Plaintiffs,

v.

WILSON, SONSINI, GOODRICH & ROSATI LONG TERM DISABILITY PLAN, PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendants.

No. C 08-01607 JSW

**ORDER SETTING HEARING AND BRIEFING SCHEDULE RE MOTION FOR SUMMARY JUDGMENT**

This matter is set for a hearing on April 17, 2009 on plaintiffs Pamela Jackson and E. Lynn Schoenmann's motion for summary judgment to establish the applicable plan document. Due to the Court's unavailability, the hearing on the motion is CONTINUED to May 22, 2009. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 30, 2009 and a reply brief shall be filed by no later than April 6, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 16, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE