IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JACKSON and E. LYNN SCHOENMANN,<br><br>    Plaintiffs,<br><br>  v.<br><br>WILSON, SONSINI, GOODRICH & ROSATI LONG TERM DISABILITY PLAN, PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendants.<br>_____/ | No. C 08-01607 JSW<br><br>**ORDER DENYING STIPULATION RE BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT** |

This matter is set for a hearing on May 22, 2009 on plaintiffs Pamela Jackson and E. Lynn Schoenmann's motion for summary judgment to establish the applicable plan document. On March 16, 2009, this Court issued an order setting out a briefing schedule. On March 19, 2009, the parties submitted a stipulation to alter the briefing schedule. However, the stipulation failed to demonstrate good cause for the requested modification. Therefore, the request is DENIED without prejudice to a showing of good cause. The opposition to the motion shall be filed by no later than March 30, 2009 and a reply brief shall be filed by no later than April 6, 2009.

**IT IS SO ORDERED.**

Dated: March 20, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE