1  Tad A. Devlin (SBN 190355)
   E.J. Kim (SBN 250062)
2  Gordon & Rees LLP
   275 Battery Street, Suite 2000
3  San Francisco, California 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054

5  Attorneys for Defendants
   Wilson, Sonsini, Goodrich & Rosati
6  Long Term Disability Plan
   and
7  The Prudential Insurance Company of America

8

9  Richard Johnston - SBN 124524
   131-A Stony Circle, Suite 500
10 Santa Rosa, California 95401
   Telephone (707) 577-7422
11 Facsimile (707) 837-9532

12 Attorney for Plaintiffs
   Pamela Jackson and
13 E. Lynn Schoenmann

14

15                     **UNITED STATES DISTRICT COURT**

16                     **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| PAMELA JACKSON, and<br>E. LYNN SCHOENMANN, in her capacity as trustee of the bankruptcy estate of Pamela Jackson,<br><br>            Plaintiffs,<br><br>     vs.<br><br>WILSON, SONSINI, GOODRICH & ROSATI LONG TERM DISABILITY PLAN, PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Defendants. | Case No. CV8-01607 (JSW)<br><br>[PROPOSED] **BRIEFING AND HEARING SCHEDULE FOR DISPOSITIVE CROSS-MOTIONS**<br><br>**Judge:**    Hon. Jeffrey S. White |

            Plaintiffs Pamela Jackson and E. Lynn Schoenmann and defendants Wilson, Sonsini,

Goodrich & Rosati Long Term Disability Plan and The Prudential Insurance Company of

---
JOINT PROPOSED BRIEFING SCHEDULE RE
DISPOSITIVE CROSS-MOTIONS

America, pursuant to the court's Civil Minute Order (September 21, 2009), jointly submit the following proposed briefing and hearing schedule for cross-motions for summary judgment herein.

**January 15, 2010:**      Last day to file moving papers

**January 29, 2010:**      Last day to file responsive/opposition papers

February 5, 2010       Last day to file reply, if any

**February 19, 2010, 9:00 a.m.:**      Hearing on dispositive cross-motions

Dated: October 2, 2009

                Gordon & Rees LLP

                /s/
                By: Tad A. Devlin
                Attorney for Defendants
                Wilson, Sonsini, Goodrich & Rosati
                Long Term Disability Plan
                and
                The Prudential Insurance Company of America

Dated: October 2, 2009

                /s/
                Richard Johnston
                Attorney for Plaintiffs
                Pamela Jackson and
                E. Lynn Schoenmann

IT IS SO ORDERED AS MODIFIED
/s/ Jeffrey S. White
Judge Jeffrey S. White