TAD A. DEVLIN (SBN 190355)
ANNA F. GHASSAB-SHIRAN (SBN 260911)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
WILSON, SONSINI, GOODRICH & ROSATI
LONG TERM DISABILITY PLAN and
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JACKSON, and E. LYNN SCHOENMANN, in his capacity as trustee of the bankruptcy estate of Pamela Jackson,<br><br>Plaintiff,<br><br>vs.<br><br>WILSON, SONSINI, GOODRICH & ROSATI LONG TERM DISABILITY PLAN, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | CASE NO. CV08-01607 (JSW)<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANTS' MOTION FOR ATTORNEYS FEES AND [PROPOSED] ORDER |

TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Please take notice that counsel for Defendants Wilson, Sonsini, Goodrich & Rosati Long Term Disability Plan and The Prudential Insurance Company of America (collectively referred to as "Defendants") and counsel for Plaintiffs Pamela Jackson and E. Lynn Schoenmann (collectively referred to as "Plaintiffs") met and conferred regarding the time frame for Defendants' Motion for Attorneys Fees, and enter into this stipulation pursuant to L.R. 54-5 and L.R. 6-2, as follows:

The parties hereby agree and respectfully request the Court to grant Defendants an extension to file their Motion for Attorneys Fees. ("Fee Motion").

Pursuant to L.R. 54-5, Defendants are required to file their Fee Motion within 14 days of

-1-
STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER
Case No. CV08-01607 (JSW)

PRU/1052361/8461343v.1

the entry of judgment.

Summary Judgment in favor of Defendants was entered on August 27, 2010. Pursuant to L.R. 54-5, Defendants' Fee Motion must be filed by September 10, 2010.

The parties hereby stipulate to modify the time frame set forth under L.R. 54-5 so that Defendants' Fee Motion shall be due on October 1, 2010.

Filed herewith, pursuant to L.R. 6-2, is the supporting Declaration of Tad A. Devlin.

IT IS SO STIPULATED.

DATED: September 8, 2010

By _____
Richard Johnston
Attorney for Plaintiffs
PAMELA JACKSON, and E. LYNN
SCHOENMANN, in her capacity as trustee
of the bankruptcy estate of Pamela Jackson

DATED: September 8th, 2010

GORDON & REES LLP

By _____
Tad A. Devlin
Anna F. Ghassab-Shiran
Attorneys for Defendants
WILSON, SONSINI, GOODRICH &
ROSATI LONG TERM DISABILITY PLAN
and THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA
Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

### [PROPOSED] ORDER

Pursuant to the parties' Stipulation stated above and good cause appearing, the time frame for Defendants' Motion for Attorneys Fees is modified as follows: Defendants' Motion for Attorneys Fees shall be filed no later than October 1, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September __9__, 2010

_____
Honorable Jeffrey S. White
United States District Judge

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

-3-
STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER
Case No. CV08-01607 (JSW)