1  Richard Johnston - SBN 124524
   131-A Stony Circle, Suite 500
2  Santa Rosa, California 95401
   Telephone (707) 577-7422
3  Facsimile (707) 837-9532

4  Attorney for Plaintiffs
   Pamela Jackson and
5  E. Lynn Schoenmann

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9
   PAMELA JACKSON, and                        ) Case No. C- 08-1607 JSW (JCS)
10 E. LYNN SCHOENMANN, in her capacity as    )
   trustee of the bankruptcy estate of Pamela ) **STIPULATION TO AMEND BRIEFING**
11 Jackson,                                    ) **SCHEDULE FOR PRUDENTIAL'S**
                                               ) **MOTION FOR ATTORNEY FEES AND**
12         Plaintiffs,                         ) **COSTS AND [**~~PROPOSED~~**] ORDER**
                                               )
13    vs.                                      ) **Date:**      February 18, 2011
                                               ) **Time:**      9:30 a.m.
14 WILSON, SONSINI, GOODRICH & ROSATI          ) **Courtroom:** Courtroom A, 15th Floor
   LONG TERM DISABILITY PLAN, PRUDENTIAL       )
15 INSURANCE COMPANY OF AMERICA,               ) Hon. Jeffrey S. White
                                               ) Referral: Hon. Joseph C. Spero
16        Defendants.                          )
   _____      )
17

18 TO THE HONORABLE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

19        Please take notice that counsel for plaintiffs Pamela Jackson and E. Lynn Schoenmann,

20 and counsel for defendants Wilson, Sonsini, Goodrich & Rosati Long Term Disability Plan and

21 The Prudential Insurance Company of America, met and conferred regarding the briefing

22 schedule for defendants' pending motion for attorney fees and costs, and enter into this

23 stipulation pursuant to L.R. 6-2, as follows:

24        The parties hereby agree and respectfully request the court to amend the briefing

25 schedule for said motion as follows:

26        Plaintiffs' opposition papers, currently scheduled to be filed and served no later than

27 December 10, 2010, shall instead be filed and served no later than January 7, 2011.

28 _____
   STIPULATION TO AMEND BRIEFING SCHEDULE FOR
   PRUDENTIAL'S MOTION FOR ATTORNEY FEES

Defendants' reply papers, currently scheduled to be filed and served no later than December 17, 2010, shall instead be filed an served no later than January 14, 2011.

The scheduled hearing date, February 18, 2011, is not changed under this stipulation.

Filed herewith pursuant to L.R. 6-2 is the supporting declaration of Richard Johnston.

IT IS SO STIPULATED.

Dated: December 9, 2010

/s/
Richard Johnston
Attorney for Plaintiffs
Pamela Jackson and
E. Lynn Schoenmann

Dated: December 9, 2010          GORDON & REES LLP

/s/
By: Tad A. Devlin
Attorneys for Defendants
Wilson, Sonsini, Goodrich & Rosati Long Term Disability Plan and
The Prudential Insurance Company of America

### [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation and good cause appearing, the briefing schedule for defendants' pending motion for attorney fees and costs is amended as follows: plaintiffs' opposition papers shall be filed and served no later than January 7, 2011, and defendants' reply papers shall be filed and served no later than January 14, 2011. The hearing date of February 18, 2011, shall remain the same.

Dated:     December 13, 2010

_____
Joseph C. Spero
United States Magistrate Judge

STIPULATION TO AMEND BRIEFING SCHEDULE FOR
PRUDENTIAL'S MOTION FOR ATTORNEY FEES            2