Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA JACKSON, and E. LYNN SCHOENMANN, in her capacity as trustee of the bankruptcy estate of Pamela Jackson,<br><br>Plaintiff,<br><br>vs.<br><br>WILSON, SONSINI, GOODRICH & ROSATI LONG TERM DISABILITY PLAN, and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | CASE NO.   C-08-1607 JSW<br>*Judge. Jeffery S. White*<br><br>[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Courtroom: 2 |

Pursuant to the Joint Stipulation for Dismissal of Entire Action With Prejudice by and between Plaintiffs Pamela Jackson and E. Lynn Schoenmann, in her capacity as trustee of the bankruptcy estate of Pamela Jackson, and Defendants Wilson, Sonsini, Goodrich & Rosati Long Term Disability Plan, and The Prudential Insurance Company of America, the Court orders the entire action dismissed with prejudice, each party to bear their own costs and attorneys fees.

IT IS SO ORDERED.

Dated: November 25, 2013

*[signature: Jeffrey S White]*
United States District Judge

- 1 -